


JS-6

PAUL LEVIN (State Bar No. 229077)
DANA J. CLAUSEN (State Bar No. 223212)
ANDREW P. BAEZA (State Bar No. 263392)
MORTGAGE RECOVERY LAW GROUP
700 NORTH BRAND BOULEVARD, SUITE 830
GLENDALE, CA 91203
TELEPHONE (818) 630-7900
EMAIL: paul.levin@mortgagerecoveries.com;
dana.clausen@mortgagerecoveries.com;
andrew.baeza@mortgagerecoveries.com

Attorneys for Plaintiff
Federal Deposit Insurance Corporation
as Receiver for IndyMac Bank, F.S.B.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FIRST OPTION MORTGAGE, LLC<br><br>Defendant. | CASE NO.: 2:14-CV-05000-SVW-AGR<br><br>**ORDER DISMISSING CASE AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT** |

# [PROPOSED] ORDER

1. This action is dismissed with prejudice.

2. This Court shall retain jurisdiction to enforce the Settlement Agreement entered into between the Federal Deposit Insurance Corporation as Receiver for IndyMac Bank, F.S.B., and First Option Mortgage, LLC.

DATED: May 1, 2015      _____
THE HONORABLE STEPHEN V. WILSON
JUDGE OF THE UNITED STATES DISTRICT
COURT, CENTRAL DISTRICT OF CALIFORNIA